UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAQUEL HERRERA ISIDORO, on behalf of himself, and other similarly situated employees,

            Plaintiff,

- against -

LA FONDA RESTAURANT AND TAPAS BAR INC. (D/B/A LA FONDA BORICUA), DENISSE AYALA GARCIA (A.K.A. DENISE AYALA), and JORGE AYALA,

            Defendants.

Case No.: 18-cv-5066-RWS

**AFFIDAVIT OF SERVICE**

---

    I, Jiajing Fan, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Queens County, New York.

    On March 5, 2019, I served the Notice of Motion to Withdraw as Counsel for Defendants La Fonda Restaurant and Tapas Bar Inc. (d/b/a La Fonda Boricua), Denisse Ayala Garcia (a.k.a. Denise Ayala), and Jorge Ayala, dated today, the Affirmation of Lorena P. Duarte, dated today, via regular mail by enclosing in an envelope and depositing same in an official mailbox under the exclusive care and custody of the United States Postal Services within the State of New York, addressed to the following person at their last known business address set forth below:

            Jorge Ayala
            La Fonda Restaurant and Tapas Bar Inc.
            169 East 106 Street
            New York, NY 10029

                                            Jiajing Fan

Sworn to before me this
5th day of March, 2019

Notary Public

LORENA P. DUARTE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02DU6368787
Qualified In Nassau County
My Commission Expires 12-18-2021