UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAQUEL HERRERA ISIDORO, on behalf of himself, and other similarly situated employees,

                Plaintiff,

- against -

LA FONDA RESTAURANT AND TAPAS BAR INC. (D/B/A LA FONDA BORICUA), DENISSE AYALA GARCIA (A.K.A. DENISE AYALA), and JORGE AYALA,

                Defendants.

Case No.: 18-cv-05066-RWS

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS LA FONDA RESTAURANT AND TAPAS BAR INC., DENISSE AYALA GARCIA (A.K.A. DENISE AYALA), AND JORGE AYALA**

**PLEASE TAKE NOTICE THAT**, upon the annexed affirmation of Lorena P. Duarte, Esq., attorney for the Defendants LA FONDA RESTAURANT AND TAPAS BAR INC. (D/B/A LA FONDA BORICUA), DENISSE AYALA GARCIA (A.K.A. DENISE AYALA), and JORGE AYALA ("Mr. Ayala) (collectively, "Defendants"), sworn to on March 5, 2019 and upon all prior proceedings heretofore had herein, Hang & Associates, PLLC will move this Court before the Honorable Robert W. Sweet for an order:

1. Pursuant to Local Civil Rule 1.4 to withdraw Hang & Associates, PLLC as counsel of record on behalf of Defendants.

2. For such other relief as the Court deems just and appropriate.

**PLEASE TAKE FURTHER NOTICE THAT,** Hang & Associates, PLLC is seeking to withdraw as attorney for Defendants. Hang & Associates, PLLC is not seeking a retaining or charging lien.



So ordered
Sweet USDJ
3-6-19

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memorandum of law must be served within fourteen (14) days after service of the moving papers.

Dated: March 5, 2019  HANG & ASSOCIATES, PLLC

By:/s/ *Lorena P. Duarte*
Lorena P. Duarte, Esq.
Hang & Associates, PLLC
136-20 38th Ave. Suite 10G
Flushing, New York 11354
Tel: (718) 353-8588
Email: lduarte@hanglaw.com
*Attorneys for Defendants*