

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

Isidoro,

-v.-

La Fonda
---------------------------------------x

Amended
18cv.5066
Civ.    (RWS)

Please be advised that the conference scheduled for 4-2-19 has been rescheduled to 5-6-19 at 12pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
3/7/19

ROBERT W. SWEET
United States District Judge