Copies Mailed/Faxed 5/29/19 DH
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Isidoro, 
           Plaintiff(s),

v.

La Fonda Restaurant et al.,
           Defendant(s).
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/19

**CALENDAR NOTICE**

18 CV 5066 (VB)

   PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled~~/re-scheduled for:

✓ Status conference         ___ Final pretrial conference

___ Telephone conference    ___ Jury selection and trial

___ Pre-motion conference   ___ Bench trial

___ Settlement conference   ___ Suppression hearing

___ Oral argument           ___ Plea hearing

___ Bench ruling on motion  ___ Sentencing

on 7-17-, 20 19, at 12:00 PM, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from 7-16-19

   All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: 5-29-, 20 19
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge