UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
RAQUEL HERRERA ISIDORO :
        Plaintiff, :
 :
v. : **ORDER**
 :
LA FONDA RESTAURANT AND TAPAS BAR : 18 CV 5066 (VB)
INC., d/b/a La Fonda Boricua, DENISSE AYALA :
GARCIA, and JORGE AYALA, :
        Defendants. :
----------------------------------------------------------------x

As discussed at an on-the-record telephone conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1. The Court sua sponte extends defendants' deadline to file formal responses to plaintiff's interrogatories and document requests to April 2, 2020. Accordingly, defendants are precluded from using any documents produced subsequent to April 2, 2020.

2. The deadline for the completion of discovery is extended to June 10, 2020.

3. The next case management conference is scheduled for June 10, 2020, at 2:30 p.m.

Dated: April 3, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge