UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

RAQUEL HERRERA ISIDORO, *individually*
*and on behalf of others similarly situated,*

              Plaintiff,              18 **CIVIL** 5066 (VB)

      -against-             **JUDGMENT**

LA FONDA RESTAURANT AND TAPAS
BAR INC. (d/b/a LA FONDA BORICUA),
DENISSE AYALA GARCIA (a/k/a.
DENISE AYALA), and JORGE AYALA,

              Defendants.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 4, 2021, the request for entry of judgment is granted;

Judgment is entered in favor of plaintiff as against all defendants in the amount of $65,000.

**Dated:**  New York, New York
         November 4, 2021

                                               **RUBY J. KRAJICK**
                                                 **Clerk of Court**
                              **BY:**
                                                  **Deputy Clerk**